# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JEREMY PARR et al. | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-2378-S |
| STEVENS TRANSPORT, INC. et al. | § § | |

## ORDER

The Court has been advised that all claims in this civil action have been resolved by binding arbitration. Therefore this case is **DISMISSED WITH PREJUDICE**, with each party bearing their own fees and costs, subject to the terms of the parties' respective arbitration awards. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED October 25, 2021.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**